UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARK DUKES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:23-CV-028-CHB |
| ) | |
| v. ) | |
| ) | **ORDER TRANSFERRING ACTION** |
| FERRARA CANDY CO., ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Court's own motion. The Court has been advised that this action was improperly filed in the Western District of Kentucky. Instead, pursuant to the Notice of Removal, [R. 1], counsel intended to file this matter in the Eastern District of Kentucky, Northern Division at Covington. The Court has also reviewed the Complaint in this matter and understands that a substantial part of the events giving rise to Plaintiff's claims occurred in Boone County, Kentucky, which is located within the judicial district of the Eastern District of Kentucky. [R. 1-1, p. 3]. Proper venue for this complaint therefore lies in the Eastern District of Kentucky. *See* 28 U.S.C. § 1391(b)(2).

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Accordingly, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The instant action shall be **TRANSFERRED** to the **United States District Court for the Eastern District of Kentucky, Northern Division at Covington**, pursuant to 28 U.S.C. § 1406(a) for all further proceedings.

2. **All further filings shall be filed with that court**. Should further filings be filed in this Court, the Clerk of Court **shall transfer** the filings to the **Eastern District of Kentucky**.

This the 18th day of January, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record